**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARCO PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br>  v.<br><br>JINKOSOLAR HOLDING CO., LTD., XIANDE LI, KANGPING CHEN, XIANHUA LI, WING KEONG SIEW, HAITAO JIN, ZIBIN LI, STEVEN MARKSCHEID, LONGGEN ZHANG, CREDIT SUISSE SECURITIES (USA) LLC, OPPENHEIMER & CO. INC., ROTH CAPITAL PARTNERS, LLC, and COLLINS STEWART LLC,<br><br>       Defendants. | Civil Action No. 1:11-cv-07133-JPO<br><br>**NOTICE OF NON-OPPOSITION OF THE JINKOSOLAR INVESTOR GROUP TO COMPETING LEAD PLAINTIFF MOTIONS** |

PLEASE TAKE NOTICE that lead plaintiff movants Alan Schreiber and Conseiller Rejean Noel Inc. (the "JinkoSolar Investor Group") state that it appears the movants Abdullah al Mahmud, Azriel Shusterman, and Dr. Ronald Snyder have a larger financial interest than the JinkoSolar Investor Group in this action.  However, to the extent that Mr. Mahmud, Mr. Shusterman and Dr. Snyder, or any other movants, are found to have impediments, under Rule 23 or otherwise, the JinkoSolar Investor Group stands ready, willing, and able to serve as lead plaintiff.

Dated:  January 5, 2012

Respectfully submitted,

By: _/s/ Richard W. Gonnello_

**FARUQI & FARUQI, LLP**
Richard W. Gonnello
Francis P. McConville
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: rgonnello@faruqilaw.com
         fmcconville@faruqilaw.com

*Attorneys for the JinkoSolar Investor Group*

## CERTIFICATE OF SERVICE

I certify that on January 5, 2012, the foregoing document was served on all parties or their counsel of record through the CM/ECF System if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

By: _/s/ Richard W. Gonnello_
Richard W. Gonnello