USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 1/22/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

MARCO PETERS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

JINKOSOLAR HOLDING CO., LTD., XIANDE LI, KANGPING CHEN, XIANHUA LI, WING KEONG SLEW, HAITAO JIN, ZIBIN LI, STEVEN MARKSCHEID, LONGGEN ZHEN, CREDIT SUISSE SECURITIES (USA) LLC, OPPENHEIMER & CO. INC., ROTH CAPITAL PARTNERS, LLC, WILLIAM BLAIR & CO. and COLLINS STEWART LLC,

Defendants.

---------------------------------------------------------X

11 **CIVIL** 7133 (JPO)

# JUDGMENT

Various Defendants having moved to dismiss Plaintiffs' action pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, and the matter having come before the Honorable J. Paul Oetken, United States District Judge, and the Court, on January 22, 2013, having rendered its Memorandum and Order granting Defendants' motions to dismiss in their entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 22, 2013, Defendants' motions to dismiss are granted in their entirety; accordingly, the case is closed.

**Dated:** New York, New York
January 22, 2013

**RUBY J. KRAJICK**

_______________________
**Clerk of Court**

**BY:** _______________________
**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** ____________