**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARCO PETERS, Individually and on Behalf of All Others Similarly Situated, | No. 11 Civ. 7133 (JPO) |
| Plaintiff, | |
| vs. | |
| JINKOSOLAR HOLDING CO., LTD., XIANDE LI, KANGPING CHEN, XIANHUA LI, WING KEONG SLEW, HAITAO JIN, ZIBIN LI, STEVEN MARKSCHEID, LONGGEN ZHANG, CREDIT SUISSE SECURITIES (USA) LLC, OPPENHEIMER & CO. INC., ROTH CAPITAL PARTNERS, LLC, WILLIAM BLAIR & CO., and COLLINS STEWART LLC, | |
| Defendants. | |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED**
**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Lead Plaintiffs Abdullah al-Mahmud, Azriel Shusterman, and Vaughn Leroy Meyer ("Lead Plaintiffs"), by their counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 23, at the United States District Court for the Southern District of New York, located at the United States Courthouse, 40 Foley Square, New York, New York, 10007, before the Honorable J. Paul Oetken, at a date and time to be determined by the Court, for an Order Preliminarily Approving Lead Plaintiffs' Unopposed Motion for Settlement.   In support of this motion, Lead Plaintiffs submit herewith a memorandum of law and a stipulation of settlement, with exhibits.

DATED:  September 15, 2015                     Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

/s/ Michael S. Bigin

U. Seth Ottensoser
Michael S. Bigin
Joseph R. Seidman, Jr.
10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Facsimile:  (212) 779-3218

**ZAMANSKY LLC**

/s/ Jacob H. Zamansky

Jacob H. Zamansky
Samuel E. Bonderoff
50 Broadway, 32nd Floor
New York, New York 10004
Telephone: (212) 742-1414
Facsimile:  (212) 742-1177

**Co-Lead Counsel for Lead Plaintiffs and the Class**