UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
MARCO PETERS, Individually and on Behalf of  :
All Others Similarly Situated,          :
          :
         Plaintiff,  :      11-CV-7133 (JPO)
       -v-         :
          :      ORDER
JINKOSOLAR HOLDING CO., LTD., *et al.*,  :
          :
        Defendants.  :
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

    On September 15, 2015, the Plaintiffs in this matter filed a stipulation of settlement and an unopposed motion for preliminary approval of the settlement. (Dkt. Nos. 100, 101.) After reviewing the proposed settlement, the Court granted the motion.

    In light of the Order preliminarily approving the settlement, the pending motions to dismiss this action are denied without prejudice to renewal in the event that settlement is not consummated.

    The Clerk of Court is directed to close the motions at Docket Numbers 86 and 89.

    SO ORDERED.

Dated: September 17, 2015
       New York, New York

                                                  J. PAUL OETKEN
                                     United States District Judge