UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCO PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>JINKOSOLAR HOLDING CO., LTD., XIANDE LI, KANGPING CHEN, XIANHUA LI, WING KEONG SLEW, HAITAO JIN, ZIBIN LI, STEVEN MARKSCHEID, LONGGEN ZHANG, CREDIT SUISSE SECURITIES (USA) LLC, OPPENHEIMER & CO. INC., ROTH CAPITAL PARTNERS, LLC, WILLIAM BLAIR & CO., and COLLINS STEWART LLC,<br><br>                        Defendants. | No. 11 Civ. 7133 (JPO)<br><br>Class Action |

**NOTICE OF MOTION OF LEAD PLAINTIFFS
FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

      PLEASE TAKE NOTICE that pursuant to this Court's Preliminary Approval Order, dated September 17, 2015, and upon the accompanying Memorandum of Law, declaration and exhibits, Lead Plaintiffs Abdullah al-Mahmud, Azriel Shusterman, and Vaughn Leroy Meyer ("Lead Plaintiffs"), on behalf of themselves and the Class, will move this Court on March 11, 2016 at 10:00 a.m. in the Courtroom of the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order and Final Judgment granting Lead Plaintiffs' motion for an award of attorneys' fees and expenses.

DATED:  February 19, 2016　　　　　　Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

By:  /s/ Michael S. Bigin
　　　U. Seth Ottensoser (ottensoser@bernlieb.com)
　　　Michael S. Bigin (bigin@bernlieb.com)
　　　Joseph R. Seidman, Jr. (seidman@bernlieb.com)
　　　10 East 40th Street
　　　New York, New York  10016
　　　Tel: (212) 779-1414
　　　Fax: (212) 779-3218 (fax)

**ZAMANSKY LLC**

By:  /s/ Jacob H. Zamansky
　　　Jacob H. Zamansky
　　　Samuel E. Bonderoff
　　　50 Broadway, 32nd Floor
　　　New York, New York 10004
　　　Tel: (212) 742-1414
　　　Fax: (212) 742-1177

**Co-Lead Counsel for Lead Plaintiffs
and the Settlement Class**